UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:06-cr-23 |
| vs. ) | |
| ) | JUDGE MATTICE |
| AARON GEORGE ) | MAGISTRATE JUDGE CARTER |
| JACKI MCBRIDE ) | |

MEMORANDUM & ORDER
ARRAIGNMENT ON INDICTMENT

In accordance with Rule 10 of the Federal Rules of Criminal Procedure, the arraignment of the defendants AARON GEORGE and JACKI MCBRIDE on the indictment returned by the Grand Jury was held before the undersigned on August 15, 2006.

Those present for the hearing included:

(1) Assistant U.S. Attorney Scott Winne.
(2) Defendant AARON GEORGE.
(3) Attorney Anthony Martinez with Federal Defender Services of Eastern Tennessee for defendant George.
(4) Defendant JACKI MCBRIDE.
(5) Attorney Robert Philyaw for defendant McBride.
(6) Deputy Clerk Russell Eslinger.

After being sworn in due form of law, the defendants were informed or reminded of their privilege against self-incrimination accorded them under the 5th Amendment to the United States Constitution.

The persons present were the defendants named in the indictment.

Each of the defendants acknowledged having been provided with a copy of the indictment and having the opportunity of reviewing the indictment with their respective attorneys. Each of the defendants waived a formal reading in open court of the indictment. Defendants AARON GEORGE and JACKI MCBRIDE entered a plea of not guilty to each count of the indictment.

Presently, the cases are assigned the dates set forth in a separate Discovery and Scheduling Order filed with this Court.

ENTER.

                                                  s/Susan K. Lee
                                                  SUSAN K. LEE
                                                  UNITED STATES MAGISTRATE JUDGE